SCHWAN *v.* LANSING BOARD OF EDUCATION

1. SCHOOLS AND SCHOOL DISTRICTS—BOARD OF EDUCATION—DISCRETION—NONGRADED PROGRAMS.

A board of education has discretionary authority sufficiently broad to encompass the establishment and operation of nongraded school programs in elementary schools (MCLA § 340.583).

2. SCHOOLS AND SCHOOL DISTRICTS—BOARD OF EDUCATION—DISCRETION—NONGRADED PROGRAMS.

Courts should not interfere with the exercise of a board of education's discretion in establishing nongraded school programs absent a showing of abuse.

3. SCHOOLS AND SCHOOL DISTRICTS—EDUCATION—STATE BOARD OF EDUCATION.

General supervision over all public education is vested in the State Board of Education (Const 1963, art 8, § 3).

Appeal from Ingham, Sam Street Hughes, J. Submitted Division 2 October 14, 1970, at Lansing. (Docket No. 8,811.)  Decided October 27, 1970. Leave to appeal denied January 14, 1971.  384 Mich 797.

Complaint by William H. Schwan and Marie J. Schwan, as next friends of James W. Schwan, and Virginia Pfund, as next friend of Patricia Pfund, against Lansing Board of Education alleging that the defendant board had no authority to establish ungraded schools.  Thomas C. Walsh and Lansing

REFERENCES FOR POINTS IN HEADNOTES

[1, 2]  47 Am Jur, Schools § 200 *et seq.*
[3]  47 Am Jur, Schools § 6 *et seq.*

Schools Education Association intervened as defendants. Judgment for plaintiffs. Defendants Lansing Board of Education and Lansing Schools Education Association appeal. Reversed and remanded for an order dismissing the complaint with prejudice. Plaintiffs' cross-appeal dismissed.

*William H. Schwan,* for plaintiffs.

*Newman & MacKay,* for defendant Lansing Board of Education.

*Foster, Lindemer, Swift & Collins (David C. Coey* and *Lynwood E. Beekman,* of counsel) for intervening defendant, Lansing Schools Education Association.

*Amici Curiae:* Michigan Congress of School Administrators Association, (by *Kiefer, Allen, Ryan & Uhl [Robert F. Cavanagh,* of counsel]).

National Association of Elementary School Principals and Michigan Association of Elementary School Principals (by *Livingston Gregory, Van Lopik & Higle*).

Before: QUINN, P. J., and V. J. BRENNAN and ZIEM,* JJ.

PER CURIAM. The only issue presented by this appeal is whether defendant board of education has authority to establish and operate a nongraded school program in its elementary schools. We reach this conclusion after examining the trial court record, plaintiffs' amended complaint, the pretrial

---

* Circuit judge, sitting on the Court of Appeals by assignment.

statement, plaintiffs' trial court brief, the opinion and judgment of the trial court, all of which indicate that this was the only issue presented to and decided by the trial court.

The trial court held that except as provided in MCLA §§ 340.745 and 340.746 (Stat Ann 1968 Rev §§ 15.3745 and 15.3746), the defendant board had no authority to establish ungraded schools. This was error. The statutory sections referred to are part of the chapter of the school code dealing with compulsory education and they have no bearing on the issue before us.

MCLA § 340.583 (Stat Ann 1968 Rev § 15.3583) provides:

"Every board shall establish and carry on such grades, schools and departments as it shall deem necessary or desirable for the maintenance and improvement of the schools; determine the courses of study to be pursued and cause the pupils attending school in such district to be taught in such schools or  departments  as  it  may  deem  expedient: * * * ."

This grant of discretionary authority is sufficiently broad to encompass the establishment and operation of nongraded school programs in elementary schools. Courts should not interfere with the exercise of that discretion absent a showing of abuse thereof. See *Hiers* v. *Detroit Superintendent of Schools* (1965), 376 Mich 225. The record before us does not establish an abuse of discretion.

General supervision over all public education is vested in the State Board of Education. Const 1963, art 8, § 3. *Welling* v. *Livonia Board of Education* (1969), 382 Mich 620. We have not been apprised of any action by that board prohibiting the establishment of a nongraded program in elemen-

tary schools. We conclude that § 340.583, *supra,* remains in full force and effect.

Reversed and remanded to the trial court for entry of an order dismissing plaintiffs' complaint with prejudice. Plaintiffs' cross-appeal is dismissed. A public question being involved, no costs are allowed.